**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6653**

JAMAL KEMO SAUNDERS, a/k/a Forever Al-Mani Hamilton,

Plaintiff - Appellant,

v.

MATTHEW ROBERTS, Building Sergeant; HUGHES, Building Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, Senior District Judge.  (7:18-cv-00045-NKM-JCH)

Submitted:  December 17, 2020                    Decided:  February 2, 2021

Before KING, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamal Kemo Saunders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Kemo Saunders appeals the district court's order granting summary judgment to Defendants and dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Saunders v. Roberts*, No. 7:18-cv-00045-NKM-JCH (W.D. Va. Apr. 14, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*